IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-328 |
| | ) |
| TYRONE BERNARD BULLOCK, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 28th day of December, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 23, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, January 2, 2008 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the Pretrial Conference in the instant case, scheduled for January 4, 2008, and Jury Selection and Trial, scheduled for January 14, 2008, are hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Gregory J. Nescott,
    Assistant United States Attorney

    Adam B. Cogan, Esquire
    One Northgate Square
    Greensburg, PA 15601

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation