IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 06-328 |
| | ) | |
| TYRONE BERNARD BULLOCK | ) | |

### O R D E R

AND NOW, to wit, this 6th day of January, 2009, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that said document, when filed in the above-captioned case, will be sealed until further Order of Court.

_____
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney